THE STATE EX REL. LEAR OPERATIONS CORPORATION, APPELLEE, *v*. CRISPEN, APPELLANT, ET AL.

[Cite as *State ex rel. Lear Operations Corp. v. Crispen*,

**124 Ohio St.3d 444, 2010-Ohio-686.]**

*Workers' compensation — Court of appeals' judgment affirmed.*

(No. 2008-2326 — Submitted February 16, 2010 — Decided March 4, 2010.)

APPEAL from the Court of Appeals for Franklin County,

No. 07AP-428, 2008-Ohio-5256.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

PFEIFER, J., dissents and would reverse the judgment of the court of appeals.

_____

Constance A. Snyder, for appellee Lear Operations Corporation.

Gallon, Takacs, Boissoneault & Schaffer and Martha Joyce Wilson, for appellant.

Richard Cordray, Attorney General, and Sandra E. Pinkerton, Assistant Attorney General, for appellee Industrial Commission of Ohio.

_____